UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEANNINE CAMPBELL WASHINGTON, et al., | |
| Plaintiffs, | 24cv3069 (LTS) |
| -against- | CIVIL JUDGMENT |
| JUDGES BEN DARVIL JR., et al., | |
| Defendants. | |

For the reasons stated in the June 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 19, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge